# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN MERRON,<br><br>Plaintiff,<br><br>v.<br><br>JOSIE M. CAVAGNARO,<br><br>Defendant. | Case No. 1:24-cv-0735 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE AS DUPLICATIVE, AND DENYING THE MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Docs. 2, 8) |

Christopher Merron initiated this action by filing a complaint dated June 11, 2024. (Doc. 1.) The magistrate judge reviewed the complaint and found that it duplicated the complaint filed in *Merron v. Cavagnaro*, Case No. 1:24-cv-0677-GSA. (Doc. 8 at 1-2.) Thus, the magistrate judge recommended the action be dismissed as duplicative and Plaintiff's motion to proceed *in forma pauperis* be denied. (*Id.* at 2.)

Plaintiff filed objections to the Findings and Recommendations on July 11, 2024. (Doc. 9.) He asserts that he "only filed a[] complaint on June 11, 2024 which was documented as case no: 1:24-cv-00677-GSA" and that he "has not filed a separate action." (*Id.* at 1.) Plaintiff requests this action "be removed" and that he not be "penalized for fees or counted as an action taken by Plaintiff." (*Id.*)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

1

are supported by the record and proper analysis.  Consistent with Plaintiff's assertion in his objections, it appears he filed only one complaint dated June 11, 2024, and the same document was erroneously filed in two separate actions.  Because the complaints are identical, the magistrate judge did not err in finding this action duplicates Case No. 1:24-cv-0677-GSA. Therefore, the matter should be dismissed, and Plaintiff will not be penalized in any fashion through the dismissal without prejudice. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated June 27, 2024 (Doc. 8) are **ADOPTED**.
2. The action is **DISMISSED** without prejudice as duplicative of *Merron v. Cavagnaro*, Case No. 1:24-cv-0677-GSA.
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is denied as **MOOT**.
4. This dismissal **SHALL NOT** count as a strike under 28 U.S.C. §1915(g).

IT IS SO ORDERED.

Dated:    **July 19, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2